34 F.3d 130w
 PRO-CHOICE NETWORK, of Western New York, Buffalo Gyn Women
Services, Erie Medical Center, Paul J. Davis,
M.D., Shalom Press, M.D., Barnett
Slepian, M.D., Plaintiffs-Appellees,
v.
Rev. Paul SCHENCK, Dwight Saunders, Defendants-Appellants,
Project Rescue Western New York, Operation Rescue, James L.
Evans, Rev., Ted Cadwallader, Rev., David Anderson, Jefferey
Baran, Brian Bayley, Bonnie Behn, Ronald Breymeier, Gilbert
Certo, Scott Chadsey, Kim Day, Constance Debo, Mark Dent,
Wayne Dent, Paul Diemert, Joan Giangreco, Delores Glaser,
Carmelina Golba, Kevin Golba, Linda Hall, Nancy Hall, Thomas
Hall, Daniel Hamlin, Rev., James Handyside, Pamela
Huffnagle, Donna Johanns, Eric Johns, Neal Kochis, Paulette
Likoudis, Charles McGuire, Christopher Morrow, Annemarie
Nice, Nicholas Pukalo, Carla Rainero, Thomas Riley, Patricia
Ostrander, Linda Ross, David Smith, Mark Sterlace, Joyce
Strigel, John Thomann, John Tomasello, Paul Waldmiller, Jr.,
Nancy Walker, Leonard Winter, Horace Wolcott, John Does,
Jane Doe, The last two names being fictitious names, the
real names of said deft's being presently unknown to
plaintiff's, said fictitious names being intended to
designate organizations or persons who are members of deft
organizations and others acting in concert with any of the
deft's who are engaging in, or intend to engage in the
conduct complained herein., Project Life of Rochester,
Gerald Crawford, David Long, Defendants.
PRO-CHOICE NETWORK, of Western New York, Buffalo Gyn Women
Services, P.C., Erie Medical Center, Paul J. Davis, M.D.,
Shalom Press, M.D., Barnett Slepian, M.D., Morris Wortman,
M.D., Highland Obstetrical Group, Alexander Women's Group,
Plaintiffs-Appellees,
v.
PROJECT RESCUE WESTERN NEW YORK, Operation Rescue, Project
Life of Rochester, Paul Schenk, James L. Evans, Ted
Cadwallader, Dwight Saunders, David Anderson, Jeffrey Baran,
Brian Bayley, Bonnie Behn, Ronald Breymeier, Gilbert Certo,
Scott Chadsey, Kim Day, Constance Debo, Mark Dent, Wayne
Dent, Paul Diemert, Joan Giangreco, Delores Glaser,
Carmelina Golba, Kevin Golba, Linda Hall, Nancy Hall, Thomas
Hall, Daniel Hamlin, Donna Johanns, James Handyside, Pamela
Huffnagle, Eric Johns, Neal Kochis, Paulette Likoudis,
Charles McGuire, Christopher Morrow, Annemarie Nice,
Nicholas Pukalo, Carla Rainero, Thomas Riley, Patricia
Ostrander, Linda Ross, David Smith, Linda Smith, Mark
Sterlace, Joyce Strigel, John Thomann, John Tomasello, Paul
Waldmiller, Jr., Nancy Walker, Leonard Winter, Horace
Wolcott, Gerald Crawford, David Long, John Does, Jane Does,
the last two being fictitious names, the real names of
said defendants being presently unknown to plaintiffs, said
fictitious names being intended to designate organizations
or persons who are members of defendant organizations, and
others acting in concert with any of the defendants who are
engaging in, or intend to engage in, the conduct complained
of herein, Defendants-Appellants.
 Nos. 1215, 1310, Dockets 92-7302, 93-7918.
 United States Court of Appeals,
Second Circuit.
 Argued March 24, 1994.
Decided Sept. 6, 1994.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION